# EXHIBIT C

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Christine K Conner, James Conner v. Jo-Ann Stores, LLC

| Case Number | 49D11-2209-CT-032907 |
|---|---|
| Court | Marion Superior Court 11 |
| Type | CT - Civil Tort |
| Filed | 09/23/2022 |
| Status | 09/23/2022 , Pending (active) |

## Parties to the Case

**Defendant**  Jo-Ann Stores, LLC

**Plaintiff**  Conner, Christine K

> **Attorney**
> Daniel Gregory Foote
> *#2012449, Lead, Retained*
>
> Tabor Law Firm
> 3610 River Crossing Parkway
> Suite 250
> Indianapolis, IN 46240
> 317-502-3554(W)
>
> **Attorney**
> Jeffrey S Tabor
> *#1505549, Retained*
>
> 3610 River Crossing Parkway
> Suite 250
> Indianapolis, IN 46240
> 317-236-9000(W)

**Plaintiff**  Conner, James

Attorney
Daniel Gregory Foote
*#2012449, Lead, Retained*

Tabor Law Firm
3610 River Crossing Parkway
Suite 250
Indianapolis, IN 46240
317-502-3554(W)

Attorney
Jeffrey S Tabor
*#1505549, Retained*

3610 River Crossing Parkway
Suite 250
Indianapolis, IN 46240
317-236-9000(W)

## Chronological Case Summary

**09/23/2022 — Case Opened as a New Filing**

**09/23/2022 — Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Conner, Christine K |
| Filed By: | Conner, James |
| File Stamp: | 09/23/2022 |

**09/23/2022 — Appearance Filed**
Initiating Appearance

| | |
|---|---|
| For Party: | Conner, Christine K |
| For Party: | Conner, James |
| File Stamp: | 09/23/2022 |

**09/23/2022 — Subpoena/Summons Filed**
Summons for Defendant

| | |
|---|---|
| Filed By: | Conner, Christine K |
| Filed By: | Conner, James |
| File Stamp: | 09/23/2022 |

**10/04/2022 — Certified Mail Returned**
GREEN CARD SIGNED.

| | |
|---|---|
| Party Served: | Jo-Ann Stores, LLC |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Conner, Christine K
Plaintiff

Balance Due (as of 10/13/2022)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/23/2022 | Transaction Assessment | 157.00 |
| 09/23/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:22-cv-02011-JMS-MG   Document 1-3   Filed 10/13/22   Page 5 of 13 PageID #: 15
49D11-2209-CT-032907
Marion Superior Court 11
Filed: 9/23/2022 12:16 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: _____ |

CHRISTINE CONNER and  
JAMES CONNER  

      Plaintiff,  

      v.  

JO-ANN STORES, LLC,  

      Defendant.

### COMPLAINT FOR DAMAGES

### COUNT I: NEGLIGENCE – DEFENDANT JO-ANN STORES, LLC

Come now Plaintiffs, CHRISTINE CONNER and JAMES CONNER, by counsel, and for their Complaint for Damages against Defendant JO-ANN STORES, LLC, respectfully state as follows:

1. At all times relevant hereto, Defendant Jo-Ann Stores, LLC owned, occupied, operated, controlled, managed, maintained and/or supervised the retail premises, property, building and common areas known as Jo-Ann Fabrics, located at 8714 Castle Creek Parkway East Drive, Indianapolis, Marion County, Indiana.

2. On or about October 7, 2021, Plaintiff Christine Conner was an invitee on the premises owned, occupied, operated, controlled, managed, maintained or supervised by Defendant Jo-Ann Stores, LLC.

3. At that time and place, Plaintiff Christine Conner was shopping inside the Defendant's premises known as Jo-Ann Fabrics, when she slipped and fell on a wet substance on the floor.

4. The above-described fall was a direct and proximate result of the careless and negligent acts and omissions of Defendant Jo-Ann Stores, LLC, as an entity, and by and through its agents and/or employees.

5. Defendant Jo-Ann Stores, LLC, as an entity and by and through its agents and/or employees, was careless and negligent in a number of particulars, including, but not limited to:

    a. Failing to maintain its premises in a reasonably safe condition for invitees;

    b. Failing to adequately inspect its premises for hazardous conditions;

    c. Failing to post or otherwise give adequate warnings to its invitees about the hazardous condition; and

    d. Failing to correct a hazardous condition on its premises.

6. As a direct and proximate result of the careless and negligent acts and omissions of Defendant Jo-Ann Stores, LLC and its agents and/or employees, Plaintiff Christine Conner sustained permanent injuries to her person, including but not limited to a displaced comminuted fracture of the inferior pole of the right patella. She has incurred doctor, hospital, and medical expenses, and she will continue to incur such expenses in the future as a result of her injuries. She has incurred miscellaneous and incidental expenses as a result of her injuries, and will incur such expenses in the future as a result of her injuries. She has endured pain, suffering, and mental anguish, and she will continue to endure pain, suffering, and mental anguish as a result of her injuries. Her ability to function as a whole person has been impaired.

### COUNT II – LOSS CONSORTIUM – PLAINTIFF JAMES CONNER

7. Plaintiffs hereby incorporate by reference Paragraphs 1 – 6 of Count I of this Complaint for Damages as if fully set forth herein.

8.  At all times relevant hereto, Plaintiff James Conner was the lawful spouse of Plaintiff Christine Conner.

9.  As a direct and proximate result of the carelessness and negligence of the Defendant, Plaintiff James Conner has suffered damages. He has lost the services and consortium of his wife, Christine Conner, and will continue to lose her services and consortium in the future as a result of this incident.

WHEREFORE, Plaintiffs Christine Conner and James Conner pray for an award of damages against Defendant Jo-Ann Stores, LLC in an amount that will fully and fairly compensate them for the damages sustained, for costs of this action, for prejudgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

TABOR LAW FIRM, LLP


By: *//s//   Jeffrey S. Tabor*
    Jeffrey S. Tabor, #15055-49
    Attorney for Plaintiffs

By: *//s//   Daniel G. Foote*
    Daniel G. Foote, #20124-49
    Attorney for Plaintiffs


TABOR LAW FIRM, LLP
3610 River Crossing Parkway
Suite 250
Indianapolis, Indiana  46240
(317) 236-9000 Phone
(317) 581-1220 Fax
jstabor@taborlawfirm.com
dfoote@taborlawfirm.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: _____ |

CHRISTINE CONNER and )
JAMES CONNER )
                                                                                 )
      Plaintiff, )
                                                                                 )
      v. )
                                                                                 )
JO-ANN STORES, LLC, )
                                                                                 )
      Defendant. )

## APPEARANCE FORM (CIVIL)
Initiating Party

1.    Name or names of initiating party or parties: Christine Conner and James Conner

2.    Attorney Information:

      Jeffrey S. Tabor, #15055-49
      jstabor@taborlawfirm.com
      Daniel G. Foote, #20124-49
      dfoote@taborlawfirm.com
      TABOR LAW FIRM, LLP
      3610 River Crossing Parkway, Suite 250
      Indianapolis, Indiana 46240
      Telephone: (317) 236-9000

3.    Case Type: CT
4.    The contact information listed on the Indiana Supreme Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is filed;
5.    I Acknowledge that orders, opinions, and notices, and all documents served under Trial Rule 86(G) will be sent to the attorney at the email address(es) on the Roll of Attorneys regardless of other contact information supplied by the attorney; and;
6.    I Acknowledge that each attorney listed on the appearance is solely responsible for keeping his/her Roll of Attorneys contact information accurate per Ind. Admis. Disc. R. 2(A).
7.    Are there related cases? No.
8.    Additional information required by state or local rule? None.

                                             //s//  ***Jeffrey S. Tabor***
                                             Jeffrey S. Tabor

                                             //s//  ***Daniel G. Foote***
                                             Daniel G. Foote

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: _____ |

CHRISTINE CONNER and )
JAMES CONNER )
                                                      )
      Plaintiff, )
                                                      )
      v. )
                                                      )
JO-ANN STORES, LLC, )
                                                    )
      Defendant. )

## SUMMONS

TO DEFENDANT:  Jo-Ann Stores, LLC
                             c/o CT Corporation System
                             334 North Senate Avenue
                             Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiffs.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Marion County Association at (317) 269-2222.

Dated _____9/23/2022_____        ___Myla A. Eldridge_____(Seal)
                                                                      Clerk, Marion County Court

**(The following manner of service of summons is hereby designated.)**

__XX__ Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual --- (Personal or copy ) at above address.

_____ Service on agent. (Specify)

_____ Other service. (Specify) _____

Jeffrey S. Tabor, #15055-49
TABOR LAW FIRM, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240
317-236-9000
Attorney for Plaintiff

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2022:

(1)  By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2)  By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)  Other Service or Remarks:_____ Sheriff's Costs

By: _____
     Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Court

Dated:_____, 2022.       By:_____
                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 2022.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2022.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2022.

Clerk, Marion County Court

By:_____
   Deputy

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Jo-Ann Stores, LLC**
**c/o CT Corporation System**
**334 North Senate Avenue**
**Indianapolis, IN 46204**

9590 9402 7203 1284 2998 92

2. Article Number *(Transfer from service label)*

7020 1810 0001 4257 3406

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
9/27/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 7203 1284 2998 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

**Marion Co. Clerk of Court**
**200 E Washington Street**
**Indianapolis, IN 46204**

Cause: 49D11-2209-CT-032907